**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00263-CV**

_____

**JAHIR HERNANDEZ AND CARMEN VASQUEZ, Appellants**

**V.**

**NATIONS DIRECT MORTGAGE, LLC, Appellee**

_____

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 23-33297**

_____

**MEMORANDUM OPINION**

Jahir Hernandez and Carmen Vasquez filed a notice of appeal from a final judgment of the County Court at Law Number 6, signed on July 26, 2023. On September 22, 2023, we notified the parties that the clerk's record had not been filed due to Appellants' failure to pay, or to arrange to pay, the County Clerk's fee for preparing the clerk's record and warned that the appeal would be dismissed for want of prosecution unless Appellants established that they had arranged to pay the fee or that they needed additional time to do so. *See* Tex. R. App. P. 37.3(b). On October

1

24, 2023, the County Clerk notified this Court that Appellants failed to pay for the clerk's record.

In the absence of a satisfactory explanation justifying Appellants' failure to arrange to pay for a clerk's record to support their appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 29, 2023
Opinion Delivered November 30, 2023

Before Golemon, C.J., Johnson and Wright, JJ.